Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. RUSSELL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALAN HILBURG; individually; HILBURG ) <br> & ASSOCIATES, LLC, a limited liability ) <br> company; ALAN HILBURG & ) <br> ASSOCIATES; HAI HOLDINGS, INC., a ) <br> corporation; PORTER NOVELLI, INC., a ) <br> corporation, d/b/a Porter Novelli, Inc. ) <br> Consulting (aka PNConsulting); and JOHN ) <br> DOES and/or JANE DOES 1-3, presently ) <br> unknown parties, ) <br> ) <br> Defendants. ) | NO. C08-217 RSM <br><br> STIPULATION AND ORDER <br> REGARDING CASE SCHEDULE |

## I. STIPULATION

On June 3, 2008, the Court entered a Minute Order Setting Trial Date & Related Dates ("Minute Order"). Dkt. #39. The Minute Order set trial in this matter for July 6, 2009 and established corresponding dates for the discovery cutoff, motions practice, expert witness reports, and other pretrial deadlines.

This matter seeks an accounting for funds received under representation agreements between plaintiff William F. Russell and defendants Alan Hilburg and/or Alan Hilburg and

STIPULATION AND ORDER REGARDING
CASE SCHEDULE- 1
C08-0217 RSM

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
(206) 292-1770 Telephone
(206) 292-1790 Facsimile

Associates (now HAI Holdings, Inc.), damages for alleged breaches arising out of the agreements and other violations, and a determination of the liability of Porter Novelli, Inc. and Hilburg & Associates International, LLC for the acts of Alan Hilburg.

Because the matter seeks an accounting, the parties, with a view toward having accounting experts review and evaluate the financial information needed for an accounting and thereafter to engage in a mediation, proposed in their original Joint Status Report (Dkt. #33) that the parties would acquire documents needed for a complete accounting through documentary discovery, followed by a mediation, before the parties engaged in deposition discovery. To that end, plaintiff has already provided his draft expert witness report to defendants, and defendants Alan Hilburg and HAI Holdings, Inc. have agreed to provide their draft expert witness report by January 30, 2009. In addition, the parties are in the process of selecting mediators with the goal of engaging in mediation the week of February 9, 2009.

The parties have made significant progress thus far, including exchanging nearly 10,000 pages of documents, obtaining documents from several third parties, and engaging financial experts who are evaluating the financial documents and providing their analyses and draft reports on an on-going basis.

However, the process of assembling the accounting documents has taken longer than was originally contemplated, and the parties are still awaiting certain documents from third parties. There is also outstanding discovery in process. In order to meet their objective of conducting a complete accounting and mediation prior to deposition discovery, the parties have agreed that the trial and related case schedule dates should be extended approximately 90 days to permit a complete accounting and mediation and then, if necessary, deposition discovery. Accordingly, subject to the Court's approval, the parties hereto stipulate to amend the current case schedule as

STIPULATION AND ORDER REGARDING
CASE SCHEDULE- 2
C08-0217 RSM

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
(206) 292-1770 Telephone
(206) 292-1790 Facsimile

follows:

## ORDER SETTING TRIAL DATE & RELATED DATES

|  | Original Dates | Revised Dates |
|---|---|---|
| TRIAL DATE | July 6, 2009 at 9:00 AM | October 5, 2009 at 9:00 AM |
| Reports from expert witnesses under FRCP 26(a)(2) due | 01/07/2009 | 04/07/2009 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | 02/06/2009 | 05/07/2009 |
| Discovery completed by | 03/09/2009 | 06/08/2009 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 04/07/2009 | 07/09/2009 |
| Mediation per CR 39.1(c)(3) held no later than | 05/22/2009 | 02/27/2009 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | 06/08/2009 | 09/10/2009 |
| Agreed pretrial order due | 06/24/2009 | 09/22/2009 |
| Pretrial conference [to be scheduled by the Court] |  |  |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | 07/01/2009 | 09/29/09 |
| Length of Jury Trial: | 7 days | 7 days |

DATED this 16th day of January, 2009.

SMITH & HENNESSEY PLLC

/s/ Geoffrey P. Knudsen
James A. Smith, Jr., WSBA #5444
Geoffrey P. Knudsen, WSBA #1324
Attorneys for Defendants Alan Hilburg
and HAI Holdings, Inc.
DAVID J. BALINT, PLLC

STIPULATION AND ORDER REGARDING
CASE SCHEDULE- 3
C08-0217 RSM

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
(206) 292-1770 Telephone
(206) 292-1790 Facsimile

1

2 /s/ David J. Balint
David J. Balint, WSBA # 5881
3 Donald J. Horowitz, WSBA #7304
Attorneys for Plaintiff
4 William F. Russell

5

6 DAVIS WRIGHT TREMAINE LLP

7

8 /s/ Brendan T. Mangan
Brendan T. Mangan, WSBA #17231
9 Attorneys for Defendants
Porter Novelli, Inc. and Hilburg & Associates
10 International, LLC

11 DAVIS & GILBERT LLP

12

13 /s/ Shirin Keen
Maureen McLoughlin, *Pro Hac Vice*
14 Shirin Keen, *Pro Hac Vice*
15 Attorneys for Defendants
Porter Novelli, Inc. and Hilburg & Associates
16 International, LLC

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER REGARDING
CASE SCHEDULE- 4
C08-0217 RSM

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
(206) 292-1770 Telephone
(206) 292-1790 Facsimile

## II. ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing, it is hereby ORDERED that the Order Setting Trial Date & Related Dates shall be amended as follows:

**ORDER SETTING TRIAL DATE & RELATED DATES**

|  |  |
|---|---|
| TRIAL DATE | October 5, 2009 at 9:00 AM |
| Reports from expert witnesses under FRCP 26(a)(2) due | 04/07/2009 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | 05/07/2009 |
| Discovery completed by | 06/08/2009 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 07/09/2009 |
| Mediation per CR 39.1(c)(3) held no later than | 02/27/2009 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | 09/10/2009 |
| Agreed pretrial order due | 09/22/2009 |
| Pretrial conference [to be scheduled by the Court] |  |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | 09/29/09 |
| Length of Jury Trial: | 7 days |

STIPULATION AND ORDER REGARDING
CASE SCHEDULE- 5
C08-0217 RSM

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
(206) 292-1770 Telephone
(206) 292-1790 Facsimile

DATED this 28th day of January, 2009.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SMITH & HENNESSEY PLLC

/s/ Geoffrey P. Knuden
James A. Smith, Jr., WSBA #5444
Geoffrey P. Knudsen, WSBA #1324
Attorneys for Defendants Alan Hilburg
and HAI Holdings, Inc.

DAVID J. BALINT, PLLC

/s/ David J. Balint
David J. Balint, WSBA # 5881
Donald J. Horowitz, WSBA #7304
Attorneys for Plaintiff
William F. Russell

DAVIS WRIGHT TREMAINE LLP

/s/ Brendan T. Mangan
Brendan T. Mangan, WSBA #17231
Attorneys for Defendants
Porter Novelli, Inc. and Hilburg & Associates
International, LLC

STIPULATION AND ORDER REGARDING
CASE SCHEDULE- 6
C08-0217 RSM

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
(206) 292-1770 Telephone
(206) 292-1790 Facsimile

| | |
|---|---|
| 1 | |
| 2 | DAVIS & GILBERT LLP |
| 3 | /s/ Shirin Keen |
| 4 | Maureen McLoughlin, *Pro Hac Vice*<br>Shirin Keen, *Pro Hac Vice* |
| 5 | Attorneys for Defendants |
| 6 | Porter Novelli, Inc. and Hilburg & Associates<br>International, LLC |

STIPULATION AND ORDER REGARDING
CASE SCHEDULE- 7
C08-0217 RSM

Smith & Hennessey
PLLC
Attorneys at Law
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
(206) 292-1770 Telephone
(206) 292-1790 Facsimile